**INDEX**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

FILED Oct 20 ... U.S. DISTRICT COURT NEW HAVEN, CONN.

FILED 2003 SEP 18 A 11:48 US DISTRICT COURT HARTFORD CT

CLAROS, ET AL

v.

INS, ET AL

3:02-CV-01308

USCA: 03-2510

**INDEX TO THE RECORD ON APPEAL**

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 07/29/02 | 01 | PETITION | 01 |
| 07/29/02 | 01 | PETITION | 02 |
| 07/29/02 | -- | SUMMONS | 03 |
| 08/15/02 | 02 | SUPLEMENT TO PETITION | 04 |
| 08/27/02 | 03 | APPEARANCE | 05 |
| 10/07/02 | 04 | ORDER | 06 |
| 10/21/02 | 05 | MOTION | 07 |
| 10/29/02 | -- | ENDORSEMENT | 08 |
| 11/01/02 | 06 | ORDER | 09 |
| 11/22/02 | 07 | RESPONSE | 10 |
| 12/17/02 | 08 | MOTION | 11 |
| 12/20/02 | 09 | RESPONSE | 12 |
| 12/24/02 | 10 | RESPONSE | 13 |
| 01/13/03 | -- | ENDORSEMENT | 14 |
| 02/14/03 | 11 | MOTION | 15 |
| 02/26/03 | -- | ENDORSEMENT | 16 |
| 02/26/03 | 12 | SUPPLEMENTAL RESPONSE | 17 |
| 03/07/03 | 13 | RESPONSE | 18 |
| 03/28/03 | 14 | RULING | 19 |
| 04/10/03 | 15 | PETITION FOR WRIT OF HABEAS CORPUS HEARING | 20 |
| 04/18/03 | 16 | SUPPLEMENTAL RESPONSE | 21 |
| 04/18/03 | 17 | SECOND SUPPLEMENTAL RESPONSE | 22 |



03-2510-sv

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 07/08/03 | 18 | RULING | 23 |
| 07/16/03 | 19 | JUDGMENT | 24 |
| 07/16/03 | -- | CASE CLOSED | 25 |
| 08/06/03 | 20 | NOTICE OF APPEAL | 26 |