**MANDATE**



CTDC (nhct)
02 cv 1308
Droney

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

**MIGUEL CLAROS, et al.,**

    Petitioners-Appellants

    v.

**INS, et al.,**

    Respondents-Appellees.

Docket No. 03-2510

FILED AUG 17 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court, so that Petitioners-Appellants may file a motion to reopen with the Board of Immigration Appeals ("BIA") in order to pursue their claim of ineffective assistance of counsel under Matter of Lozada, 19 I. & N. Dec. 638, 1998 WL 235454 (BIA), pet. for review denied, 857 F.2d 10 (1st Cir. 1988). Respondents-Appellants have agreed to not oppose the motion to reopen with the BIA for this purpose.

The withdrawal of this appeal is to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court before July 15, 2005. If not thus reactivated, the appeal shall be deemed withdrawn **with prejudice** and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Certified:

AUG 1 7 2004

Withdrawal of the appeal from active consideration **shall not** operate as a dismissal of the appeal under FRAP 42(b).

| | |
|---|---|
| 8/9/04 | 8/11/04 |
| Date | Date |
| Roberto T. Lucheme Esq. | Lisa E. Perkins |
| Law Offices of Roberto Tschudin Lucheme | Assistant U.S. Attorney |
| 41 Hebron Avenue | 450 Main Street, Room 328 |
| Glastonbury, CT 06033 | Hartford, CT 06103 |
| 860-633-1962 | 860-947-1101 |
| **COUNSEL FOR APPELLANTS** | **COUNSEL FOR APPELLEES** |

So Ordered

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

By: _____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Roseann B. MacKechnie, CLERK

by_____
DEPUTY CLERK